TOWN OF FRANKLIN vs. HERBERT L. METCALFE & others. January 7, 1942. Decision affirmed, with double costs. A decision was entered in the Land Court in this case that the tax title here involved is valid and ordering the case to "stand for further hearing on the matter of redemption." On appeal to this court the decision was affirmed. Franklin v. Metcalfe, 307 Mass. 386. Thereafter proceedings were had in the Land Court relating to the matter of redemption and foreclosure, certain orders were made, and a decision was rendered that a decree of foreclosure enter. Certain respondents claimed appeals. Without discussing procedural questions involved it is enough to say that no error is disclosed by the record.

The case was submitted on briefs.

H. L. Metcalfe, for the respondents.

B. Bachner & T. L. Mackin, for the petitioner.

MARY NEIMAN vs. CITY OF CHELSEA. January 28, 1942. Exceptions overruled. This is an action of tort under G. L. (Ter. Ed.) c. 84, §§ 1, 15, to recover for personal injuries sustained by the plaintiff when she stepped into a small depression two inches deep, at the most, in the sidewalk of Chestnut Street, a public way in Chelsea. The judge, sitting without a jury, found "as a fact" that the condition described did not constitute a defect, and the plaintiff alleged exceptions. This finding was permissible on the evidence and was not vitiated by the manner in which the judge dealt with the defendant's so called "request for ruling #1."

The case was submitted on briefs.

N. A. Heller & M. P. Neiman, for the plaintiff.

M. Wise, City Solicitor, for the defendant.